BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER COLEMAN, ET AL., <br><br> Defendants. | CASE NO. 1:10-cr-417 AWI <br><br> APPEARANCE OF COUNSEL OF RECORD AND CHANGE IN DESIGNATION OF COUNSEL FOR SERVICE |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Elana S. Landau, Assistant United States Attorney, hereby appears as counsel of record and requests a change to reflect her designation as counsel for service.

Pursuant to Local Rule 83-182, and the Criminal Justice Act Plan for this district, Part VI, paragraph B, I confirm my appearance as co-counsel of record in this case for the United States of America and to be designated co-counsel for service as follows:

            ELANA S. LANDAU
            Assistant U.S. Attorney
            4401 Federal Building
            2500 Tulare Street
            Fresno, California 93721
            Telephone: (559) 497-4000

1

```
1   I hereby declare that I am admitted to practice law in this
2   district.
3   Dated: October 21, 2010           BENJAMIN B. WAGNER
                                      United States Attorney
4
5
                                By : /s/ Elana S. Landau
6                                    ELANA S. LANDAU
                                     Assistant U.S. Attorney
7
```