```
 1  THOMAS E. PEREZ
    Assistant Attorney General
 2  BENJAMIN J. HAWK
    Trial Attorney
 3  U.S. Department of Justice
    Civil Rights Division
 4  601 D Street NW
    Washington, DC 20004
 5  Telephone: (202) 514-3204

 6

 7           IN THE UNITED STATES DISTRICT COURT FOR THE

 8                   EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,    ) CASE NO. 1:10-cr-417 AWI
                                 )
11           Plaintiff,          )
                                 ) APPEARANCE OF COUNSEL OF RECORD
12      v.                       ) AND CHANGE IN DESIGNATION OF
                                 ) COUNSEL FOR SERVICE
13  CHRISTOPHER COLEMAN, ET AL., )
                                 )
14           Defendants.         )
                                 )
15                               )
```

16      The United States of America, by and through Thomas E. Perez,

17 Assistant Attorney General of the Civil Rights Division of the U.S.

18 Department of Justice, and Benjamin J. Hawk, Trial Attorney, hereby

19 appears as counsel of record and requests a change to reflect his

20 designation as counsel for service.

21      Pursuant to Local Rule 83-182, I confirm my appearance as co-

22 counsel of record in this case for the United States of America and

23 to be designated co-counsel for service as follows:

24
                         Benjamin J. Hawk
25                       Trial Attorney
                         U.S. Department of Justice
26                       Civil Rights Division, Criminal Section
                         601 D Street NW
27                       Washington, D.C. 20004
                         Telephone: (202) 514-3204
28                       Fax: (202) 514-8336

                                 1

Email: benjamin.hawk@usdoj.gov

I hereby declare that I am an Attorney for the United States as defined by Local Rule 83-180 (b)(1).

Dated: October 21, 2010					Thomas E. Perez
							Assistant Attorney General


						By : /s/ Benjamin J. Hawk
							Benjamin J. Hawk
							Trial Attorney