Paul Q. Goyette#SB 137250
Goyette & Associates, Inc.
11344 Coloma Road, Suite 145
Gold River, CA 95670
goyettep@goyette-assoc.com
(916) 851-1900
(916) 851-1995 fax
Attorney for (Christopher Coleman)
XX Retained
☐ Appointed

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United State of America | Case Number: 1:10 CR 00417 AWI |
| Plaintiff, | **DESIGNATION OF COUNSEL** |
| vs. | |
| Christopher Coleman, | |
| Defendant. | |

Defendant Christopher Coleman hereby designates the following attorney from Goyette & Associates, Inc. as counsel for service in this action:

   Name: Paul Q. Goyette

DATED: October 25, 2010          /s/ Paul Q. Goyette
                                 Paul Q. Goyette