1  PAUL Q. GOYETTE, SB 137250
   GOYETTE & ASSOCIATES, INC.
2  11344 COLOMA ROAD, SUITE 145
   GOLD RIVER, CA 95670
3  916-851-1900
   916-851-1995 facsimile
4  goyettep@goyette-assoc.com

5  Attorney for Christopher Coleman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO. 1:10-CR-417-AWI |
| Plaintiff, | |
| v. | **DEFENDANT COLEMAN'S INITIAL RESPONSE TO GOVERNMENT MOTION TO DISQUALIFY HIS DEFENSE COUNSEL** |
| CHRISTOPHER COLEMAN, PAUL VAN DALEN, SEAN PLYMALE, MICHAEL MANFREDI, | |
| Defendants. / | |

On November 12, 2010, the Government filed a motion to disqualify Paul Q. Goyette as Attorney of Record for Defendant Christopher Coleman in the above-titled matter. Discussions between the two sides had previously taken place concerning the issue. At that time, Attorney for Christopher Coleman, Paul Q. Goyette, researched the issue and determined that not only did a conflict of interest not exist, but that waivers, of both previous clients, would legally satisfy any requirement under the law.

\\\

\\\

\\\

Because of the timing of this motion, Defense Counsel Paul Q. Goyette is requesting that the matter not be heard on November 22, 2010, as Attorney Paul Q. Goyette is currently at a conference until Sunday, November 21, 2010, and is unable to properly respond through Points and Authorities to this Government Motion.

Respectfully Submitted,

/s/
Paul Q. Goyette, Esq.
GOYETTE AND ASSOCIATES, INC.
Attorney of Record for Christopher Coleman

# DECLARATION OF PAUL Q. GOYETTE

I, Paul Q. Goyette, declare:

1. I am the Attorney of Record for Defendant Christopher Coleman in Case No. 1:10-cr-417-AWI.
2. I have represented Christopher Coleman, and have spoken with Representatives of the U.S. Attorney's Office for several weeks on the issue of possible Conflict of Interest.
3. I am currently at a conference until Sunday, November 21, 2010, and am unable to properly respond through Points and Authorities to this Government Motion.
4. For the above reason, I respectfully request additional time to submit Supplemental Points and Authorities on the Government's Conflict of Interest Motion, and request that the hearing on the Government's Motion be schedules at the time that the court sets for the next Status Conference.

I declare under penalty of perjury the foregoing to be true and correct.

Date: November 17, 2010

/s/
_____
Paul Q. Goyette,
Declarant