Paul Q. Goyette SB 137250
Goyette & Associates, Inc.
11344 Coloma Road, Suite 145
Gold River, CA 95670
(916) 851-1900
(916) 851-1995 fax
goyettep@goyette-assoc.com

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, Plaintiff(s) | CASE NUMBER: 1:10-cr-417-AWI |
| v. CHRISTOPHER COLEMAN Defendant(s) | WAIVER OF DEFENDANT'S PRESENCE (Rule 43, Federal Rules of Criminal Procedure) |

The undersigned defendant hereby waives the right to be present in person in open court upon hearing of any motion in this cause, including the time that the case is ordered set for trial, when a continuance is ordered, or when any other action is taken by the Court before, during, or after trial; except upon arraignment, plea, impanelment of a jury and imposition of sentence.

The undersigned defendant requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant himself was personally present in court; and further agrees to be present in person in court ready for trial on any day and hour which the Court may fix in his absence.

Date: 2-11-11

Signature of Defendant
CHRISTOPHER COLEMAN

2772 E. Quincy

Fresno, CA 93720
City, State, Zip Code

559-297-7964
Telephone Number

☐ Please check here if this is a change of address.

Date: 2.10.2011

Attorney for Defendant
Paul Q. Goyette