W. Scott Quinlan, #101269
Attorney at Law
2333 Merced Street
Fresno, Ca 93721
(559) 442-0634
(559) 233-6947

Attorney for Defendant MICHAEL MANFREDI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No CRF-10-0417 AWI |
| ) | |
| Plaintiffs, ) | **ORDER SEALING DECLARATION OF W. SCOTT QUINLAN WITH ATTACHMENTS** |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL MANFREDI et al., ) | |
| ) | COURT:   Honorable Anthony W. Ishii |
| Defendant. ) | |

Upon request of the defendant, and GOOD CAUSE APPEARING THEREFOR, it is ordered that his attorney's declaration with attachments shall be filed under seal and shall be served upon the following party:

Shelly Ward
U.S. Dept. Of Justice
Patrick Henry Building
601 D. St. NW, Rm 5120
Washington, DC 20004

IT IS SO ORDERED.

Dated: __January 27, 2012__

_____
CHIEF UNITED STATES DISTRICT JUDGE