1   W. Scott Quinlan, #101269
    Attorney at Law
2   2333 Merced Street
    Fresno, Ca 93721
3   (559) 442-0634
    (559) 233-6947
4

5   Attorney for Defendant MICHAEL MANFREDI

6

7                    UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9                             * * * * *

10  UNITED STATES OF AMERICA,          )   Case No CRF-10-0417 AWI
                                       )
11                      Plaintiffs,    )   **ORDER SEALING**
                                       )   **DEFENDANT MICHAEL MANFREDI'S**
12                                     )   **OBJECTIONS TO GOVERNMENT'S**
                                       )   **DECLARATIONS, REPLY TO**
13  vs.                                )   **OPPOSITION TO HIS GARRITY**
                                       )   **MOTION, DECLARATION**
14                                     )   **E. MARSHALL HODGKINS, AND ALL**
                                       )   **ATTACHMENTS**
15  MICHAEL MANFREDI et al.,           )
                                       )   COURT:      Honorable Anthony W. Ishii
16                      Defendant.     )

17  _____

18          Upon request of the defendant, and GOOD CAUSE APPEARING THEREFOR, it is

19  ordered that his Reply to the government's Opposition to his Garrity Motion, his Objections to

20  Government's Declarations, the declaration of E. Marshall Hodgkins, and all attachments shall

21  be filed under seal and shall be served upon the following party:

22  Shelly Ward
    U.S. Dept. Of Justice
23  Patrick Henry Building
    601 D. St. NW, Rm 5120
24  Washington, DC 20004

25  IT IS SO ORDERED.

26
    Dated:    February 28, 2012
27                                         _____
                                           CHIEF UNITED STATES DISTRICT JUDGE
28