IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>CHRISTOPHER COLEMAN,<br>PAUL VAN DALEN,<br>SEAN PLYMALE, and<br>MICHAEL MANFREDI,<br><br>                    Defendant. | CASE NO.  1:10-CR-00417 AWI<br><br>THE GOVERNMENT'S EXHIBITS FROM THE PRIOR TRIAL |

IT IS SO ORDERED, that the exhibits from the prior trial shall be released to the government for copying and prompt return.

IT IS SO ORDERED.

Dated:   January 10, 2014                    _____
                                                                    SENIOR  DISTRICT  JUDGE