1   BENJAMIN B. WAGNER
    United States Attorney
2   KEVIN P. ROONEY
    Assistant United States Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, CA 93721
4   Telephone:  (559) 497-4000
    Facsimile:   (559) 497-4099
5

6   Attorneys for Plaintiff
    United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              CASE NO.  1:10 CR 00417 AWI

12                        Plaintiff,        **ORDER ON GOVERNMENT'S MOTION TO
                                            DISMISS REMAING COUNT OF THE
13              v.                          INDICTMENT**
                                            **Fed. R. Crim. P. 48(a)**
14   CJRISTOPHER COLEMAN,

15                        Defendant.

16
             IT IS HEREBY ORDERED that the remaining count of the Indictment, as to Christopher
17
     Coleman, is dismissed in the interest of justice.
18

19

20   IT IS SO ORDERED.

21   Dated:   March 9, 2014        _____

22                                    SENIOR  DISTRICT  JUDGE

23

24

25

26

27

28

     Motion to Dismiss, FRCrimP 48(a)              1